**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLLS SHEET METAL, <br><br> Defendant. | No. C16-720 RSM <br><br> ORDER GRANTING DEFAULT JUDGMENT |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED and judgment shall be entered in favor of Plaintiffs against Defendant Nicholls Sheet Metal as follows:

(1) One Hundred Ninety-Seven Thousand, Six Hundred Thirty and 32/100 Dollars ($197,630.32) in employee benefit contributions due for the period of August 2012 through March 2017, inclusive, with interest at the rate of 1.13% per annum until paid;

(2) Thirty-Four Thousand, Eight Hundred Forty-One and 67/100 Dollars ($39,111.50) in liquidated damages for the period of August 2012 through March 2017, inclusive, with interest at the rate of 1.13% per annum until paid;

(3) Twenty-One Thousand, Six Hundred One and 62/100 Dollars ($21,843.46) in pre-judgment interest through May 18, 2017 on August 2012 through March 2017 contributions, with interest at the rate of 1.13% per annum until paid; and

ORDER GRANTING DEFAULT JUDGMENT

(4) Two Thousand Six Hundred Eighty-Eight and 00/100 Dollars ($2,688.00) in attorneys' fees, with interest at the rate of 1.13% per annum until paid.

DATED this 18th day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA No. 36938
MCKANNA BISHOP JOFFE, LLP
1635 NW Johnson St.
Portland, OR 97209
Telephone: (503) 226-6111
Fax: (503) 226-6121
E-mail: dhutzenbiler@mbjlaw.com

Attorneys for Plaintiffs